UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/22
```

------------------------------------x
:
UNITED STATES OF AMERICA            :
:
    -against-                       :           **ORDER**
:
:
:           21-cr-501 (MKV)
:           _____
Lionerys Rodriguez                  :              Docket #
:
------------------------------------x

__Mary Kay Vyskocil__, **DISTRICT JUDGE**:
  Judge's Name

The C.J.A. attorney assigned to receive cases on this day,

_____Jesse M Seigel_____ is hereby ordered to assume

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC _____.


                        **SO ORDERED**.

                        _____
                        **UNITED STATES DISTRICT JUDGE**


**Dated:   New York, New York**
 May 24, 2022