**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :
                                    :
                                    :
                                    :
                                    :
                                    :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/22

**ORDER**

_____
Docket #

_____, **DISTRICT JUDGE**:
         Judge's Name

The C.J.A. attorney assigned to this case

_____ is hereby ordered substituted
      Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to _____, NUNC-PRO-TUNC _____.
                            Attorney's Name

                    **SO ORDERED.**

                    *Mary Kay Vyskocil*
                    **UNITED STATES DISTRICT JUDGE**

         October 13, 2022
**Dated:   New York, New York**