USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-                                                                  1:21-cr-501-MKV

LIONERYS RODRIGUEZ,                                       ORDER

Defendant.

---

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the status conference set for September 11, 2023 is adjourned to October 10, 2023 at 11:00 AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 72 hours before the deadline or conference.

**SO ORDERED.**

**Date: September 7, 2023**                                  _____
**New York, NY**                                                      **MARY KAY VYSKOCIL**
                                                                                   **United States District Judge**