```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:_____
DATE FILED: 9/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | 1:21-cr-501-MKV |
| LIONERYS RODRIGUEZ, | AMENDED ORDER |
| Defendant. | |

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the status conference, which was set to take place September 11, 2023 is adjourned to **October 11, 2023 at 3:00 PM** in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 72 hours before the deadline or conference.

**SO ORDERED.**

**Date: September 8, 2023**
**New York, NY**

_/s/ Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**