```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LIONERYS RODRIGUEZ,

Defendant.

21-cr-501 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that, to the extent the parties wish to make submissions in connection with Ms. Rodriguez's sentencing on the specification of violation of supervised release, the following schedule for submissions applies. A supplemental letter from Probation Office may be filed no later than **December 22, 2023**. Defendant may file a submission no later than **December 29, 2023**, and the Government may file a submission no later than **January 4, 2023**.

SO ORDERED.

Date: December 14, 2023
       New York, NY

*Mary Kay Vyskocil*
_____
**MARY KAY VYSKOCIL**
**United States District Judge**