```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | 1:21-cr-501-MKV |
| LIONERYS RODRIGUEZ, | AMENDED ORDER |
| Defendant. | |

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that Defendant's sentencing on her violation of probation is scheduled for **January 16, 2024 at 3:00 PM**. Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 72 hours before the deadline or conference.

**SO ORDERED.**

**Date: January 9, 2024**
**New York, NY**

*[Signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**